# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00772-CV

### Gulf Chemical & Metallurgical Corporation, Appellant

**v.**

### Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott, Attorney General of the State of Texas, Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. D-1-GN-11-003174, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellees have filed a fourth motion for extension of time to file their brief, asking for a fifteen-day extension. Appellant opposes the motion, noting that appellees stated in their third motion that they would seek no further extensions and that in both the third and fourth motions, appellees stated that counsel's time had been monopolized by work in an appeal in which appellees filed notice that they would not be filing a response unless requested to do so. We share appellant's concerns but will grant appellees one last extension, making appellees brief due Friday, August 30, 2013. If the brief is not filed by that date, we will not accept a brief from appellees and will consider the appeal based on appellant's brief alone.

It is ordered August 22, 2013

Before Justices Puryear, Rose and Goodwin